**LEWIS BRISBOIS BISGAARD & SMITH LLP**
NICOLE A. BOLSON (SBN: 226733)
   Bolson@lbbslaw.com
DAVID A. LUCERO (SBN: 253300)
   DLucero@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
JOHN ECKSTROM and HAIGHT ASHBURY
MEDICAL CLINICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| H. DEMETRIUS JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN ECKSTROM AND HAIGHT ASHBURY MEDICAL CLINICS, INC.,<br><br>    Defendants. | CASE NO. 3:11-CV-02052 EMC<br><br>[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR CONTINUANCE OF THE CONFERENCE<br><br>**District Judge Edward Chen** |

      Defendants JOHN ECKSTROM and HAIGHT ASHBURY MEDICAL CLINICS, INC., (collectively "Defendants") brought the instant Motion for Administrative Relief from the Order Setting Initial Case Management Conference and for Continuance of the Conference ("Motion for Administrative Relief") pursuant to United States District Court Local Civil Rules 16-2(d) and 7-11, requesting that this Court continue the Initial Case Management Conference ("Initial CMC"), and issue an immediate determination on their Motion for Administrative Relief, without hearing, on the day after Plaintiff H. DEMETRIUS JOHNSON's opposition is due, pursuant to Local Civil Rule 7-

11(c).

After full consideration of the papers filed in support of and in opposition to Defendants' Motion for Administrative Relief, and the documents on record herein, the Court rules as follows:

Good cause having been shown, Defendants' Motion for Administrative Relief is hereby GRANTED. This Court agrees that continuing the CMC and related obligations would promote more productive case management as well as judicial economy and efficiency. As such, the Court revises the Case Management Order as follows:

1. The Initial CMC is to be held on **January 6, 2012**;
2. The parties are to file a joint CMC statement by **December 30, 2011**; and
3. **December 16, 2011** is to be the last day for the parties to:

- Meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, pursuant to FRCP Rule 26(f) and ADR Local Rule 3-5;
- File ADR certification, pursuant to USDC Local Civil Rule 16-8(b) and ADR Local Rule 3-5(b); and
- File Stipulation to ADR Process, pursuant to USDC Local Civil Rule 16-8(c) and ADR Local Rule 3-5(b) and (c).

IT IS SO ORDERED.

Dated: 10/18/2011

_____
Judge Edward M. Chen

4843-6020-2252.1　　　　　　　　　　　　　2　　　　　　　　　　　　3:11-CV-02052 EMC
[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FROM THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND FOR CONTINUANCE OF THE CONFERENCE