UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **H. DEMETRIUS JOHNSON,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**JOHN ECKSTROM, et al.,**<br><br>    **Defendants.** | **Case No.: C-4:11-2052 YGR**<br><br>**ORDER** |

This case is scheduled for a settlement conference before the undersigned on May 16, 2012. On April 11, 2012, defendant Haight Ashbury Free Clinics, Inc. (HAFCI) filed a letter requesting that its insurance carrier, XL Insurance, be excused from personal attendance at the Settlement Conference on the basis of hardship, as the insurance representative resides in Connecticut. HAFCI proffers that the representative will be "readily available" by phone during the settlement conference.

Defendant HAFCI's request is hereby granted. XL Insurance's representative may appear telephonically at the May 16 hearing.

**IT IS SO ORDERED.**

DATE: April 24, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**